ACCEPTED
01-14-00966-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/22/2015 2:37:11 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-00966-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/22/2015 2:37:11 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
OF TEXAS AT
HOUSTON, TEXAS

ARKANDI MINNASSIAN

VS.

THE STATE OF TEXAS

Appealed from the District Court
of Harris County, Texas 338th
Judicial District
Cause No. 1300894

**APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, ARKANDI MINNASSIAN, Appellant in the above styled and numbered cause and would respectfully show the Court as follows:

I.

The complete record was filed in this case on or about March 30, 2015. Appellant's brief is due on April 30, 2015. Appellant submits that there is good

cause for this extension on the basis that Appellant's Counsel has been working on the following matters in the last thirty days:

1. *State v. Kevin Flood*; in the 174th Judicial District of Harris County, Texas in Cause No. 14607940; for the offense of Engaging in Organized Criminal Activity; set on court's docket on March 31, 2015;

2. *State v. Brandon Harris*; in the 248th Judicial District of Harris County, Texas in Cause No. 14004580; for the offense of Capital Murder; docketed on April 7, 2015;

3. *State v. Ron Haskell*; in the 351st Judicial District of Harris County, Texas in Cause No. 143404395; for the offense of Capital Murder; docketed on April 22, 2015 and set for a hearing on a Motion for a Change of Venue on June 24, 2015;

4. *State v. Kris Baker*; in the 183rd Judicial District of Harris County, Texas in Cause No.1463047 and 1453527; for the offenses of Assault Family Violence and Felon in Possession of a Firearm; set on docket April 16, 2015;

5. *Ex parte Leroy Samples*; in the 337th Judicial District of Harris County, Texas in Cause No. 1143626-A; Indecency with a Child; post conviction writ hearing set on April 1st, 2015;

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that the court grant this motion and extend the time for filing the brief for sixty days until June 30, 2015.

Respectfully submitted,

/s/ *Douglas M. Durham*
DOUGLAS M. DURHAM
State Bar No. 06278450
2800 Post Oak Blvd Suite 4100
Houston, Texas 77056
(832) 390-2252 Telephone
(832) 390-2350 Fax
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has

forwarded to Mr. Allan Curry, Assistant District Attorney, Chief of Appellate

Division, 1201 Franklin, Suite 600, Houston, Texas 77002 via fax to (713) 755-

5809 on this the 15th day of April 2013.

/s/ *Douglas M. Durham*

DOUGLAS M. DURHAM

STATE OF TEXAS        §
                                §
COUNTY OF HARRIS    §

BEFORE ME, the undersigned authority, on this day personally appeared

DOUGLAS M. DURHAM, who after being duly sworn, on his oath stated that

each allegation and statement contained in this motion is true and correct to the

best of his knowledge.

_Douglas M. Durham_

DOUGLAS M. DURHAM

SUBSCRIBED AND SWORN TO before me on this the 15th day of April 2013.



_____
Notary Public in and for the
State of Texas
My Commission Expires: 04|04|2018

NO. 01-14-00966-CR

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
OF TEXAS AT
HOUSTON, TEXAS

ARKANDI MINNASSIAN

VS.

THE STATE OF TEXAS

Appealed from the District Court of
Harris County, Texas 338th
Judicial District
Cause No. 1300894

**O R D E R**

On this_____day of_____, 2015, came on to be

heard Appellant's Motion for Extension of Time to File Appellant's Brief which is

granted/denied. It is hereby ordered Appellant's brief is due _____day of

_____, 2015.